DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MATTHEW ARCHER**,
Appellant,

v.

**SANDALWOOD HOMEOWNERS ASSOCIATION, INC.** and
**FLORIDA HOUSING FINANCE CORPORATION**,
Appellees.

No. 4D17-347

[January 25, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 2014CA005629XXXXMB.

Richard W. Glenn of the Law Office of Richard W. Glenn, Jupiter, for appellant.

Todd A. Armbruster of Moskowitz, Mandell, Salim & Simowitz, P.A., Fort Lauderdale, for appellee Sandalwood Homeowners Association, Inc.

PER CURIAM.

*Affirmed.*

GROSS, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***